## ATTACHMENT 1

FILED/REC'D
2025 OCT 21 A 10: 44
CLERK OF COURT
U.S. DISTRICT COURT
W/D OF WI

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT  DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**GARY A LENCZ**

vs

(Full name of defendant(s))

**ASPIRUS INC**

Case Number:

25-cv-867-wmc

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Hawaii__ and resides at
(State)

__431 Kuwili st Honolulu Hi 96817__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Aspirus inc__
(Name)

is (if a person or private corporation) a citizen of __wisconsin__
(State, if known)

and (if a person) resides at __Wausau Wi__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __na__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Aspirus, their attorney called me up twice and told me not to talk to anybody else about

this ,Stacey Gusman LPN,knew about it and others,Stacey Gusman can be very mean.

Aspirus clinic Marathon City Wi, was told about this in 2023 my jacket.

Jan 23 was homeless then to,nobody contacted me in any way shape or form,they said

they gave it back to me but they lied,, called in 2 weeks they said they throw it out,

this jacket was to go to Gilman .jacket was left there in dec 2022

High School to inspire other handicapped kids to take sports,other people said how

can they throw it out, i has your name on it ,your high school on the back.

was told it was a theft by a lot of other people .

But the police are friends with these people , a retired attorney told me the cops will

not investigate this. , This was a hate crime against me and other handicapped kids

two things that started this,

Stacey got mad at me because she missed some cancer on me,i let her know.

She used to talk to me about other people in the building putting them down.


the next thing i can of is i told alot of people off about letting your pet ride

in the car ,the reason your pet has its head out the window it needs

to perspire ,the only way it can relieve heat is though its mouth,they got mad at me ,

lot of people till they checked it out.

As for Stacey and the rest

,they are scared losing their jobs,Aspirus has control

in the area,,people said i would have better luck with a jury,but all i need is

one person with common sense,i will keep in contact with phone ,and writing.

thank you so much

C. JURISDICTION

[✔] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do ~~something or stop doing something.~~

please have Aspirus duplicate the jacket and sent to Gilman High in Gilman Wi

and then you can put on any thing or additions you want to ,thank you

E.   JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
       OR
☑ Court Trial – I want a judge to hear my case

Dated this __17__ day of __oct_____ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

**808-636-7918**
Plaintiff's Telephone Number

**kenny1111111@protonmail.com**
Plaintiff's Email Address

**431 Kuwili st**

**Honolulu ,Hi 96817**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Well this is yours I have nothing more to add

# gary lencz vs aspirus

date oct 17 2025

 431 kuwisi st

Honolulu,

HI 96817 ,,,,,,,,,,,,000003688 , xxxx1957 xxxxxxxxxxx5455